John D. Webber, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 35,882.

Opinion filed June 20, 1932.
Weber, Miller, Deffenbaugh & Donovan, for appellants; Frank L. Kriete and A. R. Peterson, of counsel. Royal W. Irwin and Thomas J. Peden, for appellee; Royal W. Irwin and John C. Melaniphy, of counsel.
Mr. Justice McSurely delivered the opinion of the court.


Chas. Levy Circulating Company, appellant, v. Central Distributing Company, appellee. Gen. No. 35,944.

Opinion filed June 20, 1932. Rehearing denied July 1, 1932.
De Witt B. Bayer, for appellant. Donald McEachran, for appellee.
Mr. Justice McSurely delivered the opinion of the court.


Seth Seiders, appellee, v. Charles F. Henry, appellant. Gen. No. 34,266.

Opinion filed June 20, 1932.
Alden, Latham & Young, for appellant; Hobart P. Young and Sidney F. Moody, of counsel. William L. Kelley and John W. Marshall, for appellee.
Mr. Justice Matchett delivered the opinion of the court.


Jacob Bloom, appellee, v. Philip Schwartz, defendant, on appeal of John Schwartz, appellant. Gen. No. 35,815.

Opinion filed June 20, 1932.
Lester L. Bauer, for appellant. Victor H. Bloom, for appellee; Max C. Liss, of counsel.
Mr. Justice Matchett delivered the opinion of the court.